UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-CIV-80047-MARRA/JOHNSON

METROPOLITAN LIFE
INSURANCE COMPANY,

      Plaintiff,

v.

ROGER FOLEY,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41, Federal Rules of Civil Procedure, and by Agreement between the parties, Plaintiff, Metropolitan Life Insurance Company, hereby dismisses, with prejudice, the above-styled lawsuit in its entirety, with each party to bear its own attorneys' fees and costs.

Dated, this __6th__ day of April, 2010.

                                            Respectfully submitted,

                                            **SHUTTS & BOWEN LLP**
                                            *Attorney for Plaintiff, MetLife*
                                            201 South Biscayne Boulevard
                                            1500 Miami Center
                                            Miami, FL 33131
                                            Phone:  (305) 379-9190
                                            Facsimile:  (305) 381-9982

                    By:    _s/ Jeffrey M. Landau_____
                                 John E. Meagher
                                 Florida Bar No.  511099
                                 jmeagher@shutts.com
                                 Jeffrey M. Landau
                                 Florida Bar No.  863777
                                 jlandau@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  April 6, 2010 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        **SHUTTS & BOWEN LLP**

        s/ Jeffrey M. Landau
        John E. Meagher
        Florida Bar No. 511099
        jlandau@shutts-law.com
        1500 Miami Center
        201 S. Biscayne Boulevard
        Miami, Florida  33131
        Telephone:  (305) 358-6300
        Facsimile:   (305) 381-9982
        *Attorneys for Plaintiff, MetLife*

## SERVICE LIST

Metropolitan Life Insurance Company v. Roger Foley
**Case No.  10-CIV-80047-MARRA/JOHNSON
United States District Court, Southern District of Florida**


Roger P. Foley, Esq.
524 South Andrews Avenue
Suite 200 N
Fort Lauderdale, FL 33301