UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80047-CIV-MARRA

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff,

vs.

ROGER FOLEY,

    Defendant.
_____/

## ORDER

    This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 5). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is CLOSED and all pending motions are denied as moot.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of April, 2010.

_____
KENNETH A. MARRA
United States District Judge

Copies to:

all counsel of record